UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**DONALD JONES** )
)
**v.** ) NO. 3:10-0545
) JUDGE ECHOLS
**SHARED HOSPITAL SERVICES** )

## O R D E R

I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE