```
                  UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

DONALD ("Donny") JONES,            )
                                   )
    Plaintiff,                    )
                                   )
      v.                         )   NO. 3:10-0545
                                   )   Judge Haynes/Bryant
SHARED HOSPITAL SERVICES, INC.,    )   **Jury Demand**
                                   )
    Defendant.                    )

## O R D E R

The plaintiff in this case has filed a notice of voluntary dismissal of his case without prejudice (Docket Entry No. 12), which will be ruled on by District Judge.

Since there is nothing further remaining to be done by the undersigned, the Clerk is directed to forward the file to Judge Haynes for his consideration of plaintiff's notice of voluntary dismissal.

It is so **ORDERED**.

                                          s/ John S. Bryant
                                          JOHN S. BRYANT
                                          United States Magistrate Judge