IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONALD ("DONNY") JONES, | NO. 3:10-00545 |
| Plaintiff, | JUDGE HAYNES |
| v. | |
| SHARED HOSPITAL SERVICES, INC., | |
| Defendant. | |

## ORDER

Pursuant to the Plaintiff's notice of voluntary dismissal without prejudice (Docket Entry No. 12), this action is **DISMISSED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 21st day of July, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge